KERRY WOODARD
TDCJ #1819751
3872 FM 350 South
Livingson, Texas 77351

January 11, 2018

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JAN 23 2018
TYLER TEXAS
PAM ESTES, CLERK

TWELFTH COURT OF APPEALS
5117 West Front Street, STE 354
Tyler , Texas 75702

RE: Case Number: 12-12-00359-CR
    Trial      : 2012-0134

Dear Clerk Lusk,

I am writing in reference to get a quote of the cost of a copy of the complete Trial and Appellate Record for the above numbered and styled cause.

Please inform me of the cost and to whom I need to address my Money Order/Check for payment of said copies. I am in need of this in order to prepare my Appeals for the Court.

Thank you in advance for your attention to my letter. I look forward to your prompt response in hopes that it will include the requested information. Thank you for your assistance in this matter.

Copies to include, but not limited to: Indictment; Police Report; Prettrial Hearings; Trial on the Merits; Punishment; all Exhibits submitted; All Motions filed; Any and all other type paperwork not mentioned within this list, etc...

Respectfully Requested,

Kerry Woodard

Kerry Woodard
TDCJ #1819751

P.S. If Possible, would you please Micro page, as in, putting four pages on each page and possibly four pages on each side of the paper. Only if possible. Humbly requested. Thank you!

C.C.: File